UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-02828-KK-KSx** | Date: | April 9, 2026 |
|---|---|---|---|

Title: **Brandon McQueen et al v. Federal National Mortgage Association et al.**

Present: The Honorable    KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    **(In Chambers) Order to Show Cause Why Action Should Not Be Dismissed
for Failure to Prosecute and Comply with Court Orders**

On January 12, 2026, the Court set a Scheduling Conference for February 26, 2026.  ECF
Docket No. ("Dkt.") 53.  The Court further ordered the parties to file a Joint Rule 26(f) Report no
later than February 12, 2026.  Id.  To date, a Joint Rule 26(f) Report has not been filed.  The parties
are, therefore, in violation of the Court's January 12, 2026 Order.

Pursuant to Federal Rule of Civil Procedure 41(b), the Court may dismiss this action for
failure to prosecute or failure to comply with a court order.  See Fed. R. Civ. P. 41(b).  Before
dismissing this action, the Court will afford the parties an opportunity to explain their failure to file
the Joint Rule 26(f) Report as directed by the Court's January 12, 2026 Order.

Accordingly, the Court, on its own motion, orders the parties to show cause in writing **no
later than seven days from the date of this Order** why this action should not be dismissed
and/or sanctions imposed for failure to prosecute and/or comply with court orders.

**The parties are expressly warned that failure to timely file a response to this Order
will result in this action being dismissed without prejudice and/or other sanctions,
including monetary sanctions, for failure to prosecute and comply with Court orders.  See
Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**

| Page **1** of **1** | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk DC |
|---|---|---|